IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Fares Sarhan Karam,

                Plaintiff,

         v.

Michael Chertoff, et al,

                Defendants.

Civil No. CR 06-756-BR

**ORDER OF DISMISSAL**

Petitioner's Motion to Dismiss (#8) is GRANTED, and

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED with prejudice.

Dated this  20th  day of December, 2006.

                /s/ Anna J. Brown
                Anna J. Brown
                United States District Judge